FILED

01/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0017

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0017

_____

JOHN C. BURDICK,

      Petitioner,

  v.

MONTANA SIXTH JUDICIAL DISTRICT
COURT, PARK COUNTY, THE HONORABLE
BRENDA GILBERT, PRESIDING,

      Respondent.

O R D E R

_____

This matter came before the Court on the parties' Stipulation for Voluntary Dismissal. Having considered the stipulation, the Court hereby dismisses the pending Petition for Writ of Supervisory Control.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 26 2024